© Monday, May 29, 2023  2:59 PM                                                                                Page 1 of 2

## VIRGINIA NEWS SOURCE™ MEMORANDUM | MEMORIALIZING | ANALYZING

The Strange Case of the U. S. District Court for the Eastern District of Virginia, Richmond Not [1] Taking Judicial Notice of The U.S. Constitution's, Art. 6, ¶2 (1789) in the Matter of Libertarian National Committee, Inc., Plaintiff v. Robert Klor Dean, Defendant, Civil Action No. 3:23cv 155 (RCY) [2] Not Dismissing the Case and [3] Declaring the Trademarks at Issue [Trademark Reg. No. 6,037,046 & Trademark Reg. 2,423,458 ] (a) Null and (b)Void Outright, ~ Part I

(Prepared by David M. Lindsey* | Relator* |Commentator | Editor |Narrator | Petitioner



**VIRGINIA NEWS SOURCE™**
A Virginia Non-Stock Corporation
Est. April 20, 2021 | SCC # 11213840
NTEE CODE 503
P.O. BOX 65002 | Virginia Beach, Va 23467-5002
☎757-818-8003
publisher@virginia-news-source.com
www.virginia-news-source.com

NEWS-
VIRGINIA ~ U.S. ~ INTERNATIONAL
-BREAKING NEWS-
-LIVE COVERAGE-
-INVESTIGATIONS-
-OPINIONS-
-COMMENTARIES-
-COLUMNISTS-
-BUSINESS-
-ANALYSIS-
-OP-EDS-
-PHOTOS-

1  It appears to this commentator that there is truancy from the Constitutional requirements of Article 6, ¶2  of the U.S. Constitution [U.S.
2  Con. Art. 6 (1789)];

3       "This Constitution, and the laws of the United States which shall be made in pursuance thereof; and **all treaties made, or**
4       **which shall be made,** under the authority of the United States, **shall be the supreme law of the land**; and the judges in every
5       state shall be bound thereby, any thing in the Constitution or laws of any state to the contrary notwithstanding."

6  In the instant matter one of the Treaties involved in this Truancy is the  Paris Convention for the Protection of Industrial Property of March
7  20, 1883 as revised;

8  Article 6  - [Marks: Prohibitions concerning State Emblems, Official Hallmarks, and Emblems of Intergovernmental Organizations]   (1)
9       (a) <u>The countries of the Union</u> *agree to refuse or to invalidate the registration, and to prohibit by appropriate measures the*
10      *use, without authorization by the competent authorities, either as trademarks or as elements of trademarks, of armorial bearings,*
11      *flags, and other State emblems, of the countries of the Union, official signs and hallmarks indicating control and warranty adopted*
12      *by them, and any imitation from a heraldic point of view.* (Trademark Reg. No. 6,037,046 & Trademark Reg. 2,423,458)
13      (b) **The provisions of subparagraph (a), above, shall apply equally to armorial bearings, flags, other emblems,** *abbreviations,*
14      *and names, of international intergovernmental organizations of which one or more countries of the Union are members*, with the
15      exception of armorial bearings, flags, other emblems, abbreviations, and names, that are already the subject of international agreements in
16      force, intended to ensure their protection.
17      (c) No country of the Union shall be required to apply the provisions of subparagraph (b), above, to the prejudice of the owners of rights
18      acquired in good faith before the entry into force, in that country, of this Convention. The countries of the Union shall not be required to
19      apply the said provisions when the use or registration referred to in subparagraph (a), above, is not of such a nature as to suggest to the public
20      that a connection exists between the organization concerned and the armorial bearings, flags, emblems, abbreviations, and names, or if such
21      use or registration is probably not of such a nature as to mislead the public as to the existence of a connection between the user and the
22      organization.
23      (2) Prohibition of the use of official signs and hallmarks indicating control and warranty shall apply solely in cases where the marks in
24      which they are incorporated are intended to be used on goods of the same or a similar kind.
25      (3)
26      (a) For the application of these provisions, the countries of the Union agree to communicate reciprocally, through the intermediary of
27      the International Bureau, the list of State emblems, and official signs and hallmarks indicating control and warranty, which they desire, or
28      may hereafter desire, to place wholly or within certain limits under the protection of this Article, and all subsequent modifications of such
29      list. Each country of the Union shall in due course make available to the public the lists so communicated. Nevertheless such communication
30      is not obligatory in respect of flags of States.
31      (b) The provisions of subparagraph (b) of paragraph (1) of this Article shall apply only to such armorial bearings, flags, other emblems,
32      abbreviations, and names, of international intergovernmental organizations as the latter have communicated to the countries of the Union
33      through the intermediary of the International Bureau.
34      (4) Any country of the Union may, within a period of twelve months from the receipt of the notification, transmit its objections, if any,
35      through the intermediary of the International Bureau, to the country or international intergovernmental organization concerned.
36      (5) In the case of State flags, the measures prescribed by paragraph (1), above, shall apply solely to marks registered after November 6,
37      1925.
38      (6) In the case of State emblems other than flags, and of official signs and hallmarks of the countries of the Union, and in the case of
39      armorial bearings, flags, other emblems, abbreviations, and names, of international intergovernmental organizations, these provisions shall
40      apply only to marks registered more than two months after receipt of the communication provided for in paragraph (3), above.
41      (7) In cases of bad faith, the countries shall have the right to cancel even those marks incorporating State emblems, signs, and hallmarks,
42      which were registered before November 6, 1925.
43      (8) Nationals of any country who are authorized to make use of the State emblems, signs, and hallmarks, of their country may use them
44      even if they are similar to those of another country.
45      (9) **The countries of the Union undertake to prohibit the unauthorized use in trade of the State armorial bearings of the other**
46      **countries of the Union, when the use is of such a nature as to be misleading as to the origin of the goods.**
47      (10) The above provisions shall not prevent the countries from exercising the right given in paragraph (3) of Article 6 quinquies, Section
48      B, to refuse or to invalidate the registration of marks incorporating, without authorization, armorial hearings, flags, other State emblems, or
49      official signs and hallmarks adopted by a country of the Union, as well as the distinctive signs of international intergovernmental organizations
50      referred to in paragraph (1), above.

51  Below is shown  the emblem of the Liberal Party of Batavia which under the terms of the 1)Paris Convention for the Protection of Industrial
52  Property of March 20, 1883, is bared from being registered  as a trademark by the U.S. Trademark Office, yet it was (Reg. No. 6,037,046).
53

© Monday, May 29, 2023  2:59 PM                                                                                    Page 2 of 2

## VIRGINIA NEWS SOURCE™ MEMORANDUM | MEMORIALIZING | ANALYZING

The Strange Case of the U. S. District Court for the Eastern District of Virginia, Richmond Not [1] Taking Judicial Notice of The U.S. Constitution's, Art. 6, ¶2 (1789) in the Matter of Libertarian National Committee, Inc., Plaintiff v. Robert Klor Dean, Defendant, Civil Action No. 3:23cv 155 (RCY) [2] Not Dismissing the Case and [3] Declaring the Trademarks at Issue [Trademark Reg. No. 6,037,046 & Trademark Reg. 2,423,458 ] (a) Null and (b)Void Outright, ~ Part I

(Prepared by David M. Lindsey* | Relator* |Commentator | Editor |Narrator | Petitioner



54  
55  As shown on the icon page of the Bataviatanian LIBERALE PARTIJ to your right;
56  1. It has been in existence since January 8th, 1895;
57  2. It's use of the name of LIBERALE PARTIJ [Libertarian Party] outdates the Plaintiff use
58     in the instant matter by nearly 80 years;
59  3. That the intended ideology of its use of it's name are listed;
60  4. That it's political positions are listed;
61  5. That it's color is listed;
62  6. That it's color is yellow~gold;
63  7.. It's use of the Torch with the Golden Eagle Flame out dates the Plaintiff's use by 4 years.
64      (Reg. No. 6,037,046).
65  4. That in the 1958 Orgins, a short etymological dictionary of modern English by Eric
66     Partridge at page 351, Liberal, as set out in the original Dutch, is laid out to be a noun that
67     has multi meanings in Dutch akin to libertarian (after humanitarian from humanity).

https://thefutureofeuropes.fandom.com/wiki/Liberal_Party_(Batavia)

For these reasons Trademark Reg. No. 6,037,046 & Trademark Reg. 2,423,458 should be invalidated as required by Paris Convention for the Protection of Industrial Property of March 20, 1883 as revised; Article 6  - [Marks: Prohibitions concerning State Emblems, Official Hallmarks, and Emblems of Intergovernmental Organizations]   (1)  (a) **The countries of the Union** *agree to refuse or to invalidate the registration, and to prohibit by appropriate measures the use, without authorization by the competent authorities, either as trademarks or as elements of trademarks, of armorial bearings, flags, and other State emblems, of the countries of the Union, official signs and hallmarks indicating control and warranty adopted by them, and any imitation from a heraldic point of view.* (Trademark Reg. No. 6,037,046 & Trademark Reg. 2,423,458)

(b) **The provisions of subparagraph (a), above, shall apply equally to armorial bearings, flags, other emblems,** *abbreviations, and names, of international intergovernmental organizations of which one or more countries of the Union are members*, with the exception of armorial bearings, flags, other emblems, abbreviations, and names, that are already the subject of international agreements in force, intended to ensure their protection.

83  A copy of this article is being sent to:
84  1.  The Hon. Judge Roderick Young
85      Clerks Office - Suite 300 - Fernando Galindo
86      US District Court
87      Eastern District of Virginia
88      701 East Broad Street
89      Richmond, VA 23219

90  2.  The Hon. Gerard F. Rogers
91      Chief Administrative Trademark Judge
92      Trademark Trial and Appeal Board
93      U.S. Patent and Trademark Office
94      P.O. Box 1451
95      Alexandria, VA 22313-1451
96      TTABInfo@ uspto.gov

97  For their responses/comments on this article and will be posted.

98  Part II will address • The "honest services" doctrine codified in U.S. Code 18 U.S.C. § 1346 [United States v. Frost, 125 F.3d 346, 368 (6th
99  Cir. 1997)],United States v. Vinyard, 266 F.3d 320, 326-327 (4th Cir. 2001) as it touches and concerns the instant matter;

100  C:\Users\Owner\Documents\WP60\1 VNS\1TABOLID FORMAT TLP .wpd

101             ✉ P. O.  Box 65002 / Virginia Beach / Virginia / 23467-5002 / ☎ 757 - 818 - 8003
102  **Disclaimers/Notices/Imputed Knowledge [1]:* | *Relator: noun. a person who relates or tells; narrator. Law. a private person on whose suggestion or complaint certain writs, are issued and whose position is analogous to
103  that of a plaintiff.; female relatrix. The relator appears as one beneficially interested, but the action is maintained on his behalf. : a party other than the plaintiff upon whose information, knowledge, or relation of facts an action
104  is brought when the right to bring the action is vested in another: as / a : the private person who brings a qui tam action /b : a party who has standing and on whose behalf a writ is petitioned for by the state as plaintiff;
105  [2]Regarding Electronic Signature: If this communication concerns the negotiation of a contract or agreement, electronic signature rules do not apply to this communication; [3] contract formation in this matter shall occur only with
106  manually-affixed original signatures on original documents. [4] No  negotiations respecting any item ( including repairs), such as talking about that/any item (s)or securing estimates for same shall not in any way obligate The
107  VIRGINIA NEWS SOURCE™ [VNS™]  to that item or repair(s) discussed, nor shall VNS™ or its Client be held liable for any damage(s)for failure not to include/honor the same unless obligated to do so by the terms set forth in
108  a contract negotiated by the parties with the aforesaid manually affixed signatures. The foregoing comments are copyright © MMXXII VNS™ and may not be copied, redistributed, extracted from, or recirculated outside of this mailing
109  without written consent by VNS™.