# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

MARK S. DAVIS  
CHIEF JUDGE

June 12, 2023

**Robert Klor Dean**  
1204 Shawn Drive  
Virginia Beach, VA 23453

Re:   Libertarian Nat'l. Committee, Inc. v. Dean  
       Case No. 3:23cv155

Dear Mr. Dean:

Please be advised that the initial pretrial conference scheduled for June 15, 2023 at 11:00 a.m. via zoom has been removed from the court's docket. The matter will be rescheduled for an in-person hearing. You will receive a separate letter with the new hearing date and time.

Should you have any questions, please feel free to contact our office at (804) 916-2220.

Very truly yours,

FERNANDO GALINDO, CLERK

By: _____/s/_____  
Julie Jones, District Courtroom Deputy