IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LIBERTARIAN NAT'L COMMITTEE,
INC.,

    Plaintiff,

        v.                              Civil Action No. 3:23cv155 (RCY)

ROBERT KLOR DEAN,

    Defendant.

**AMENDED INITIAL SCHEDULING ORDER**

An initial pretrial conference in this case will be held at 2:00 p.m. on June 22, 2023 at the Spottswood W. Robinson III and Robert R. Merhige, Jr. United States Courthouse located at 701 East Broad Street, Richmond, Virginia 23219. At the conference, the case will be set for trial. Counsel for each party, or, if a party is not represented by counsel, the unrepresented party, shall appear. It is necessary for only one attorney for represented parties to attend the initial pretrial conference, provided that the attorney in attendance is authorized to set the matter for trial on a date certain.

If the parties have yet to meet to formulate a discovery plan for the case, the parties are directed to conduct a Rule 26(f) discovery planning conference in advance of the June 22 initial pretrial conference, pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26(A). The Rule 26(f) meeting may occur by telephone. Counsel will orally report the results of the Rule 26(f) meeting at the pretrial conference. If the parties agree on a departure from the discovery procedures contained in the Federal Rules of Civil Procedure or the Local Rules, they shall tender an endorsed order at the pretrial conference.

No later than ten (10) days after the Rule 26(f) conference, the parties shall exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a).  Absent leave of Court, the initial disclosures must occur, regardless whether a dispositive motion is pending.  Disclosures shall be updated pursuant to Fed. R. Civ. P. 26(e).  Timely updated disclosures shall include the disclosure of documents and witnesses to be used or offered for impeachment or rebuttal.

It is so ORDERED.

_____  /s/
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: June 14, 2023


IF THIS CASE IS SETTLED PRIOR TO THE CONFERENCE, PLEASE CALL CHAMBERS AT (804) 916-2240.  THANK YOU.